# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARTHUR PETRIE, AN INDIVIDUAL; AND CAROLYN PETRIE, AN INDIVIDUAL,

Appellants,

vs.

WATERHOLE INVESTMENTS, INC., A NEVADA CORPORATION,

Respondent.

No. 66824

**FILED**

FEB 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Kerry Louise Earley, District Judge
       Carolyn Worrell, Settlement Judge
       Bourassa Law Group, LLC
       Jolley Urga Wirth Woodbury & Little
       Eighth District Court Clerk

16-05614